IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 7:10-MJ-94 |
| | ) |
| KIMBERLY D. WIGGINS | ) |

**O R D E R**

This matter came before the court today and at the conclusion, and with consent of counsel, the defendant was placed on probation as provided in 18 U.S.C. § 3607 for a period of six (6) months without a judgment of conviction first being entered. Additionally, the court

**ORDERS**

Central Violations Bureau (CVB) to refund the amount of $200.00 that was paid to CVB on or about 8/18/2008 by the defendant, Kimberly D. Wiggins. This payment shall be made directly to the defendant at an address provided by the clerk to CVB by separate correspondence.

Entered: May 13, 2010.

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States Magistrate Judge